Certificate Number: 15317-PAM-DE-032379262

Bankruptcy Case Number: 19-00116



15317-PAM-DE-032379262

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>March 3, 2019</u>, at <u>4:40</u> o'clock <u>PM PST</u>, <u>Daniel Errigo</u> completed a course on personal financial management given <u>by internet</u> by <u>Access Counseling, Inc.</u>, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the <u>Middle District of Pennsylvania</u>.

Date: <u>March 3, 2019</u>　　　　By: <u>/s/Lea Sorino</u>

　　　　　　　　　　　　　　　Name: <u>Lea Sorino</u>

　　　　　　　　　　　　　　　Title: <u>Counselor</u>