**TULLIO DeLUCA**
ATTORNEY-AT-LAW
381 N. 9ᵀᴴ AVENUE
SCRANTON, PENNSYLVANIA 18504
PHONE (570) 347-7764  FAX (570) 347-7763
EMAIL: TULLIO.DELUCA@VERIZON.NET

March 8, 2019

Clerk's Office
U.S. Bankruptcy Court
Middle District of Pennsylvania
Max Rosenn U.S. Courthouse
197 South Main Street
Wilkes-Barre, PA. 18701

        In Re: **Daniel P. Errigo JR**
             **Cynthia M. Paisley-Errigo**
             **Case No.5-19-00116**

Dear Sir/Madam:

    I have received returned mail for **Sears** a creditor in the above-captioned bankruptcy. The incorrect address the mail was sent to was: 7920 NW 110ᵗʰ St, Kansas City, MO 64153-1270. Please be advised the correct information is as follows:

                Sears
            P.O. Box 78037
         Phoenix, AZ 85062-8037

I served a copy of the Chapter 13 Plan at the above address on March 8, 2019. Please correct the mailing matrix.

    Thank you for assistance in this matter.

                Very truly yours,

                /s/ Tullio DeLuca, Esquire

TD/mw