# TULLIO DeLUCA
### ATTORNEY-AT-LAW
**381 N. 9TH AVENUE**
**SCRANTON, PENNSYLVANIA 18504**
**PHONE (570) 347-7764  FAX (570) 347-7763**
**EMAIL: TULLIO.DELUCA@VERIZON.NET**

April 12, 2019

Clerk's Office
U.S. Bankruptcy Court
Middle District of Pennsylvania
Max Rosenn U.S. Courthouse
197 South Main Street
Wilkes-Barre, PA. 18701

        In Re: **Daniel & Cynthia M. Errigo**
             **Case No. 5-19-00116**

Dear Sir/Madam:

    I have received returned mail for **Carl J. Milks MD** a creditor in the above-captioned bankruptcy. The incorrect address the mail was sent to 105 Urban Rd. Lake Ariel, PA 18436. Please be advised the correct information is as follows:

        Carl. J. Milks MD
        17 Beach Grove Rd
        Honesdale, PA 18431

I served a copy of the Orignial Plan at the above address on April 12, 2019, Please correct the mailing matrix.

    Thank you for assistance in this matter.

                  Very truly yours,

                  /s/ Tullio DeLuca, Esquire

TD/mw