In re:                                                      Case No. 19-00116-RNO
Daniel P. Errigo, Jr.                                       Chapter 13
Cynthia M. Paisley-Errigo
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0314-5          User: REshelman      Page 1 of 1          Date Rcvd: Apr 18, 2019
                             Form ID: pdf010       Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 20, 2019.
aty             +Peoples Security Bank & Trust c/o James T. Shoemak,    600 Third Avenue,
                 Kingston, PA 18704-5815

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                   TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 20, 2019                          Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 18, 2019 at the address(es) listed below:
        Charles J DeHart, III (Trustee)    TWecf@pamdl3trustee.com
        James  Warmbrodt    on behalf of Creditor    Ditech Financial, LLC bkgroup@kmllawgroup.com
        James Randolph Wood    on behalf of Creditor    Scott Township Sewer and Water Authority
         jwood@portnoffonline.com,   jwood@ecf.inforuptcy.com
        James T. Shoemaker    on behalf of Creditor    Peoples Security Bank & Trust c/o James T. Shoemaker,
         Esquire jshoemaker@hkqpc.com
        Thomas  Song    on behalf of Creditor    Ditech Financial, LLC pamb@fedphe.com
        Tullio  DeLuca    on behalf of Debtor 2 Cynthia M. Paisley-Errigo tullio.deluca@verizon.net
        Tullio  DeLuca    on behalf of Debtor 1 Daniel P. Errigo, Jr. tullio.deluca@verizon.net
        United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                        TOTAL: 8

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| **DANIEL P. ERRIGO, JR.** aka DANIEL ERRIGO, JR. aka DANIEL P. ERRIGO aka DANIEL ERRIGO | **Chapter:** | **13** |
| **Debtor 1** | **Case No:** | **5-19-bk-00116 RNO** |
| **CYNTHIA M. PAISLEY-ERRIGO** aka CYNTHIA PAISLEY-ERRIGO aka CYNTHIA MARIE PAISLEY-ERRIGO aka CYNTHIA ERRIGO | | |
| **Debtor 2** | | |
| **PEOPLES SECURITY BANK & TRUST, successor in interest to Peoples Neighborhood Bank** | **Document No.:** | **30** |
| **Movant(s)** | | |
| **vs.** | **Nature of Proceeding:** | **Motion for Relief from Automatic Stay** |
| **DANIEL P. ERRIGO, JR.** aka DANIEL ERRIGO, JR. aka DANIEL P. ERRIGO aka DANIEL ERRIGO **CHARLES J. DEHART, III, TRUSTEE** | | |
| **Respondent(s)** | | |

## ORDER STIPULATION DUE

Upon consideration of the statement made in open court at a hearing held on April 18, 2019, that a settlement has been reached and a stipulation will be filed, it is hereby

**ORDERED**, if a stipulation or a request to relist matter for hearing/trial is not filed by May 18, 2019, the Court may deny this Motion without further notice.

By the Court,

Robert N. Opel, II, Chief Bankruptcy Judge (BI)

April 18, 2019

Order Stip Due or Relist – Hrg Called - Revised 04/18