UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:                                    :
DANIEL P. ERRIGO, JR. and                 :
CYNTHIA M. PAISLEY-ERRIGO                  :        CHAPTER 13
                        Debtors.           :
**************************************************************************
DITECH FINANCIAL, LLC                     :
                        Movant,            :
                                          :
        vs.                               :
DANIEL P. ERRIGO, JR. and                 :
CYNTHIA M. PAISLEY-ERRIGO                  :        CASE NO. 5-19-00116
                        Respondents.       :
**************************************************************************

## DEBTORS' ANSWER TO MOTION FOR RELIEF FROM
## AUTOMATIC STAY UNDER SECTION 362

**************************************************************************

AND NOW COMES, Daniel and Cynthia Errigo, the Debtors, and files an Answer to Ditech

Financial's Motion for Relief From the Automatic Stay:

1.      Daniel and Cynthia Errigo (hereinafter the "Debtors") filed a Chapter 13 bankruptcy

proceeding with the U.S. Bankruptcy Court for the Middle District of Pennsylvania.

2.      Movant alleges that Debtor has failed to make monthly payments.

3.      Debtors' Counsel is in the process of contacting the Debtors to ascertain if said

        payments

have been made and/or if the Debtors are in possession of the funds needed to cure the arrears.

4.      Movant is not entitled to relief from the automatic stay as the arrearage amount due

has been paid or shall be paid through the Chapter 13 Plan, and/or a six (6) month Stipulation, and,

therefore, the Movant is adequately protected.

WHEREFORE, the Debtors  respectfully request that Movant's Motion for Relief from the

Automatic Stay be denied.

Respectfully submitted,


Date:  June 28, 2019                          /s/Tullio DeLuca
                                             Tullio DeLuca, Esquire
                                             PA ID# 59887
                                             381 N. 9th Avenue
                                             Scranton, PA  18504
                                             (570) 347-7764

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:                                          :
DANIEL P. ERRIGO, JR. and                       :
CYNTHIA M. PAISLEY-ERRIGO                        :       CHAPTER 13
                              Debtors.           :
*******************************************************************************

DITECH FINANCIAL, LLC                           :
                              Movant,            :
                                                 :
        vs.                                      :
DANIEL P. ERRIGO, JR. and                        :
CYNTHIA M. PAISLEY-ERRIGO                         :       CASE NO. 5-19-00116
                              Respondents.       :
*******************************************************************************

**CERTIFICATE OF SERVICE**
*******************************************************************************

The undersigned hereby certifies that on June 28, 2019, he caused a true and correct copy of

Debtor's Answer to Ditech Financial, LLC's Motion for Relief from the Automatic Stay to be

served Via First Class United States Mail, Postage Pre-paid in the above-referenced case, on the

following:

Charles J. DeHart, III, Esq. at dehartstaff@ramapo.com


James C. Warmbrodt, Esq. at Jwarmbrodt@kmllawgroup.com



Dated: June 28, 2019                            /s/Tullio DeLuca
                                        Tullio DeLuca, Esquire