UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:     Daniel P. Errigo, Jr.     :     Chapter 13
            Cynthia M. Paisley-Errigo    :
                     Debtors.     :
                                    :     Bankruptcy No. 19-00116 (RNO)

## PRAECIPE TO WITHDRAW CLAIM # 21
## OF SCOTT TOWNSHIP SEWER AND WATER AUTHORITY

TO THE CLERK OF THE BANKRUPTCY COURT:

Kindly withdraw Proof of Claim # 21 of Scott Township Sewer and Water Authority.

**PORTNOFF LAW ASSOCIATES, LTD.**

By: /s/ James R. Wood, Esquire
      James R. Wood, Esquire
      2700 Horizon Drive, Suite 100
      King of Prussia, PA 19406
      (484) 690-9341
      Attorney for Scott Township Sewer and Water
      Authority

Dated: October 22, 2019