```
                        United States Bankruptcy Court
                        Middle District of Pennsylvania
```

In re:                                                          Case No. 19-00116-RNO
Daniel P. Errigo, Jr.                                           Chapter 13
Cynthia M. Paisley-Errigo
        Debtors                    **CERTIFICATE OF NOTICE**

District/off: 0314-5          User: RyanEshel          Page 1 of 1          Date Rcvd: Nov 22, 2019
                              Form ID: trc             Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 24, 2019.
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
 5174575        E-mail/Text: bankruptcy.bnc@ditech.com Nov 22 2019 19:06:23      Ditech Financial LLC,
                P.O. Box 6154,   Rapid City, SD 57709-6154
                                                                                             TOTAL: 1

              ***** BYPASSED RECIPIENTS *****
 NONE.                                                                                       TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 24, 2019                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 22, 2019 at the address(es) listed below:
              Brian C Nicholas    on behalf of Creditor    Ditech Financial, LLC bnicholas@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              James  Warmbrodt    on behalf of Creditor    Ditech Financial, LLC bkgroup@kmllawgroup.com
              James Randolph Wood    on behalf of Creditor    Scott Township Sewer and Water Authority
               jwood@portnoffonline.com, jwood@ecf.inforuptcy.com
              James T. Shoemaker    on behalf of Attorney    Peoples Security Bank & Trust c/o James T. Shoemaker,
               Esquire jshoemaker@hkqpc.com
              Mario John Hanyon    on behalf of Creditor    Ditech Financial, LLC pamb@fedphe.com
              Thomas  Song    on behalf of Creditor    Ditech Financial, LLC pamb@fedphe.com
              Tullio  DeLuca    on behalf of Debtor 1 Daniel P. Errigo, Jr. tullio.deluca@verizon.net
              Tullio  DeLuca    on behalf of Debtor 2 Cynthia M. Paisley-Errigo tullio.deluca@verizon.net
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 10

2100 B (12/15)

# United States Bankruptcy Court

Middle District of Pennsylvania
Case No. 5:19-bk-00116-RNO
Chapter 13

In re: Debtor(s) (including Name and Address)

| | |
|---|---|
| Daniel P. Errigo, Jr.<br>43 Hermel St.<br>Scott Twp. PA 18447 | Cynthia M. Paisley-Errigo<br>43 Hermel St.<br>Scott Twp. PA 18447 |

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 11/22/2019.

| Name and Address of Alleged Transferor(s): | Name and Address of Transferee: |
|---|---|
| Claim No. 16: Ditech Financial LLC, P.O. Box 6154, Rapid City, SD 57709-6154 | Specialized Loan Servicing LLC<br>8742 Lucent Blvd, Suite 300<br>Highlands Ranch, Colorado 80129<br>Specialized Loan Servicing LLC<br>8742 Lucent Blvd, Suite 300<br>Highlands Ranch, Colorado 80129 |

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 11/24/19

Terrence S. Miller
**CLERK OF THE COURT**