```
                          United States Bankruptcy Court
                          Middle District of Pennsylvania
In re:                                                          Case No. 19-00116-RNO
Daniel P. Errigo, Jr.
Cynthia M. Paisley-Errigo                                       Chapter 13
        Debtors
                              CERTIFICATE OF NOTICE
District/off: 0314-5          User: AutoDocke          Page 1 of 1          Date Rcvd: Feb 07, 2020
                              Form ID: trc             Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 09, 2020.
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
 5172496        E-mail/Text: bankruptcy.bnc@ditech.com Feb 07 2020 19:15:25      Ditech Financial LLC,
                P.O. Box 6154,   Rapid City SD 57709-6154
                                                                                              TOTAL: 1

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 09, 2020                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 7, 2020 at the address(es) listed below:
              Brian C Nicholas    on behalf of Creditor   Ditech Financial, LLC bnicholas@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              James  Warmbrodt    on behalf of Creditor    Ditech Financial, LLC bkgroup@kmllawgroup.com
              James Randolph Wood    on behalf of Creditor   Scott Township Sewer and Water Authority
               jwood@portnoffonline.com,   jwood@ecf.inforuptcy.com
              James T. Shoemaker    on behalf of Attorney    Peoples Security Bank & Trust c/o James T. Shoemaker,
               Esquire jshoemaker@hkqpc.com
              Mario John Hanyon    on behalf of Creditor    Ditech Financial, LLC pamb@fedphe.com
              Thomas  Song    on behalf of Creditor    Ditech Financial, LLC pamb@fedphe.com
              Tullio  DeLuca    on behalf of Debtor 1 Daniel P. Errigo, Jr. tullio.deluca@verizon.net
              Tullio  DeLuca    on behalf of Debtor 2 Cynthia M. Paisley-Errigo tullio.deluca@verizon.net
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 10

2100 B (12/15)

# United States Bankruptcy Court

Middle District of Pennsylvania
Case No. 5:19-bk-00116-RNO
Chapter 13

In re: Debtor(s) (including Name and Address)

| | |
|---|---|
| Daniel P. Errigo, Jr.<br>43 Hermel St.<br>Scott Twp. PA 18447 | Cynthia M. Paisley-Errigo<br>43 Hermel St.<br>Scott Twp. PA 18447 |

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 02/07/2020.

Name and Address of Alleged Transferor(s):

Claim No. 12: Ditech Financial LLC, P.O. Box 6154, Rapid City SD 57709-6154

Name and Address of Transferee:

New Residential Mortgage LLC
P.O. Box 10826
Greenville, SC 29603-0826
New Residential Mortgage LLC
P.O. Box 10826
Greenville, SC 29603-0826

### -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 02/09/20

Terrence S. Miller
**CLERK OF THE COURT**