United States Bankruptcy Court

Middle District of Pennsylvania

In re:                                                                                           Case No. 19-00116-RNO

Daniel P. Errigo, Jr.                                                        Chapter 13

Cynthia M. Paisley-Errigo

    Debtor(s)

# CERTIFICATE OF NOTICE

District/off: 0314-5                             User: AutoDocke                                Page 1 of 2
Date Rcvd: Oct 02, 2020                      Form ID: trc                                    Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol**           **Definition**

+                  Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 04, 2020:**
NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 5170134 | + Email/Text: bkrgeneric@penfed.org | Oct 02 2020 18:58:00 | PENFED, Pentagon Federal Credit Union, Bankruptcy Department, P.O. Box 1432, Alexandria, VA 22313-1432 |

TOTAL: 1

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 04, 2020                                Signature:          /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 2, 2020 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian C Nicholas | on behalf of Creditor Ditech Financial LLC bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Charles J DeHart, III (Trustee) | TWecf@pamd13trustee.com |
| James Warmbrodt | on behalf of Creditor Ditech Financial LLC bkgroup@kmllawgroup.com |
| James Randolph Wood | on behalf of Creditor Scott Township Sewer and Water Authority jwood@portnoffonline.com jwood@ecf.inforuptcy.com |

| | |
|---|---|
| James T. Shoemaker | on behalf of Attorney Peoples Security Bank & Trust c/o James T. Shoemaker  Esquire jshoemaker@hkqpc.com |
| Mario John Hanyon | on behalf of Creditor Ditech Financial  LLC pamb@fedphe.com |
| Thomas Song | on behalf of Creditor Ditech Financial  LLC pamb@fedphe.com |
| Tullio DeLuca | on behalf of Debtor 1 Daniel P. Errigo  Jr. tullio.deluca@verizon.net |
| Tullio DeLuca | on behalf of Debtor 2 Cynthia M. Paisley-Errigo tullio.deluca@verizon.net |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 10

2100 B (12/15)

# United States Bankruptcy Court

Middle District of Pennsylvania
Case No. 5:19-bk-00116-RNO
Chapter 13

In re: Debtor(s) (including Name and Address)

Daniel P. Errigo, Jr.
43 Hermel St.
Scott Twp. PA 18447

Cynthia M. Paisley-Errigo
43 Hermel St.
Scott Twp. PA 18447

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 10/02/2020.

Name and Address of Alleged Transferor(s):

Claim No. 8: PENFED, Pentagon Federal Credit Union, Bankruptcy Department, P.O. Box 1432, Alexandria, VA 22313

Name and Address of Transferee:

Quantum3 Group LLC as agent for
Sadino Funding LLC
PO Box 788
Kirkland, WA 98083-0788
Quantum3 Group LLC as agent for
Sadino Funding LLC

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 10/04/20

Terrence S. Miller
**CLERK OF THE COURT**