United States Bankruptcy Court

Middle District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-00116-MJC |
| Daniel P. Errigo, Jr. | Chapter 13 |
| Cynthia M. Paisley-Errigo | |
|     Debtors | |

## CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0314-5 | User: AutoDocke | Page 1 of 2 |
| Date Rcvd: Nov 27, 2023 | Form ID: trc | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 29, 2023:**
NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 5273768 | + Email/Text: bkelectronicnoticecourtmail@computershare.com | Nov 27 2023 18:47:00 | Specialized Loan Servicing LLC, 6200 S. Quebec Street, Greenwood Village, CO 80111-4720 |

TOTAL: 1

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Nov 29, 2023    Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 24, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian C Nicholas | on behalf of Creditor Ditech Financial LLC bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| James Warmbrodt | on behalf of Creditor Ditech Financial LLC bkgroup@kmllawgroup.com |
| James Randolph Wood | on behalf of Creditor Scott Township Sewer and Water Authority jwood@portnoffonline.com jwood@ecf.inforuptcy.com |
| James T. Shoemaker | |

on behalf of Attorney Peoples Security Bank & Trust c/o James T. Shoemaker Esquire jshoemaker@hkqpc.com

Mario John Hanyon
on behalf of Creditor Ditech Financial LLC pamb@fedphe.com, mario.hanyon@brockandscott.com

Thomas Song
on behalf of Creditor Ditech Financial LLC tomysong0@gmail.com

Tullio DeLuca
on behalf of Debtor 1 Daniel P. Errigo Jr. tullio.deluca@verizon.net

Tullio DeLuca
on behalf of Debtor 2 Cynthia M. Paisley-Errigo tullio.deluca@verizon.net

United States Trustee
ustpregion03.ha.ecf@usdoj.gov

TOTAL: 10

# United States Bankruptcy Court

Middle District of Pennsylvania
Case No. 5:19-bk-00116-MJC
Chapter 13

In re: Debtor(s) (including Name and Address)

Daniel P. Errigo, Jr.
43 Hermel St.
Scott Twp. PA 18447

Cynthia M. Paisley-Errigo
43 Hermel St.
Scott Twp. PA 18447

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 11/24/2023.

Name and Address of Alleged Transferor(s):

Claim No. 16: Specialized Loan Servicing LLC, 6200 S. Quebec Street, Greenwood Village, CO 80111

Name and Address of Transferee:

Specialized Loan Servicing LLC
6200 S. Quebec Street, Suite 300
Greenwood Village, Colorado 80111
Specialized Loan Servicing LLC
6200 S. Quebec Street, Suite 300
Greenwood Village, Colorado 80111

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 11/29/23

Terrence S. Miller
**CLERK OF THE COURT**