**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor 1 | Daniel P. .Errigo, Jr. aka Daniel Errigo, Jr. aka Daniel P. Errigo aka Daniel Errigo |
| Debtor 2 (Spouse, if filing) | Cynthia M. Paisley-Errigo aka Cynthia Paisley-Errigo aka Cynthia Marie Paisley-Errigo aka Cynthia Errigo |

United States Bankruptcy Court for the: __Middle__ District of __Pennsylvania__
(State)

Case number __5:19-bk-00116-MJC__

## Form 4100R

# Response to Notice of Final Cure Payment          10/15

According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.

## Part 1:   Mortgage Information

**Name of creditor:** US Bank Trust National Association, not in its individual capacity but solely as Owner Trustee for VRMTG Asset Trust

**Court claim no.** (if known): __16__

**Last 4 digits** of any number you use to identify the debtor's account:  _7_ _7_ _0_ _7_

**Property address:**     __39 Doris Rd__
  Number     Street

  _____

  __Scott Township, Pennsylvania 18447__
  City                    State       ZIP Code

## Part 2:   Prepetition Default Payments

*Check one:*

☒ Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

☐ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:

$ _____

## Part 3:   Postpetition Mortgage Payment

*Check one:*

☐ Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on:  ___/___/_____
  MM / DD / YYYY

☒ Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

a.  Total postpetition ongoing payments due:                          (a)  $ 6,489.86

b.  Total fees, charges, expenses, escrow, and costs outstanding:   +  (b)  $ (686.58)

c.  **Total**. Add lines a and b.                                      (c)  $ 5,803.28

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on:   12 / 01 / 2023
  MM / DD / YYYY

Debtor 1  Daniel P. Errigo, Jr. aka Daniel Errigo, Jr. aka Daniel P. Errigo
aka Daniel Errigo
_____
First Name        Middle Name         Last Name

Case number (*if known*) ___5:19-bk-00116-MJC_____

<table>
<tr><td><strong>Part 4:</strong></td><td><strong>Itemized Payment History</strong></td></tr>
</table>

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- all payments received;
- all fees, costs, escrow, and expenses assessed to the mortgage; and
- all amounts the creditor contends remain unpaid.

<table>
<tr><td><strong>Part 5:</strong></td><td><strong>Sign Here</strong></td></tr>
</table>

**The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim.**

*Check the appropriate box::*

☐ I am the creditor.
☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

✗ /s/ Angela C. Pattison
_____
Signature

Date 04 / 16 / 2024

Print  Angela C. Pattison
_____
First Name        Middle Name        Last Name

Title  Creditor's Attorney
_____

Company  Hill Wallack LLP
_____

If different from the notice address listed on the proof of claim to which this response applies:

Address  1415 Route 70 East, Suite 309
_____
Number              Street

Cherry Hill, NJ 08034
_____
City                              State      ZIP Code

Contact phone  ( 856 ) 616 – 8086

Email  apattison@hillwallack.com

| Post-Petition Due date | Date Received | Amount Received | Amount Due | Suspense Application | Suspense Balance |
|---|---|---|---|---|---|
| 2/1/2019 | 2/22/2019 | $1,320.00 | $1,205.42 | $ 114.58 | $ 114.58 |
| 3/1/2019 | 2/28/2019 | $1,300.00 | $1,205.42 | $ 94.58 | $ 209.16 |
| 4/1/2019 | 3/29/2019 | $1,300.00 | $1,205.42 | $ 94.58 | $ 303.74 |
| 5/1/2019 | 5/30/2019 | $1,300.00 | $1,205.42 | $ 94.58 | $ 398.32 |
| 6/1/2019 | 6/28/2019 | $1,300.00 | $1,205.42 | $ 94.58 | $ 492.90 |
| 7/1/2019 | 7/9/2019 | $1,250.00 | $1,205.42 | $ 44.58 | $ 537.48 |
| 8/1/2019 | 7/31/2019 | $1,250.00 | $1,205.42 | $ 44.58 | $ 582.06 |
| 9/1/2019 | 8/31/2019 | $1,250.00 | $1,205.42 | $ 44.58 | $ 626.64 |
| 10/1/2019 | 11/12/2019 | $2,758.76 | $1,205.42 | $ 1,553.34 | $ 2,179.98 |
| 11/1/2019 | | | $1,205.42 | $ (1,205.42) | $ 974.56 |
| 12/1/2019 | 12/13/2019 | $1,205.42 | $1,205.42 | $ - | $ 974.56 |
| 1/1/2020 | 1/8/2020 | $1,205.42 | $1,205.42 | $ - | $ 974.56 |
| 2/1/2020 | 2/4/2020 | $1,275.00 | $1,268.31 | $ 6.69 | $ 981.25 |
| 3/1/2020 | 3/9/2020 | $1,235.00 | $1,268.31 | $ (33.31) | $ 947.94 |
| 4/1/2020 | 4/7/2020 | $1,250.00 | $1,268.31 | $ (18.31) | $ 929.63 |
| 5/1/2020 | 5/14/2020 | $1,250.00 | $1,268.31 | $ (18.31) | $ 911.32 |
| 6/1/2020 | 6/15/2020 | $1,250.00 | $1,268.31 | $ (18.31) | $ 893.01 |
| 7/1/2020 | 7/20/2020 | $1,250.00 | $1,268.31 | $ (18.31) | $ 874.70 |
| 8/1/2020 | 8/20/2020 | $1,275.00 | $1,205.42 | $ 69.58 | $ 944.28 |
| 9/1/2020 | 9/22/2020 | $1,686.57 | $1,268.31 | $ 418.26 | $ 1,362.54 |
| 10/1/2020 | 11/23/2020 | $2,550.00 | $1,268.31 | $ 1,281.69 | $ 2,644.23 |
| 11/1/2020 | | | $1,233.39 | $ (1,233.39) | $ 1,410.84 |
| 12/1/2020 | 2/25/2021 | $1,205.42 | $1,268.31 | $ (62.89) | $ 1,347.95 |
| 1/1/2021 | 3/29/2021 | $2,536.62 | $1,268.31 | $ 1,268.31 | $ 2,616.26 |
| 2/1/2021 | | | $1,233.39 | $ (1,233.39) | $ 1,382.87 |
| 3/1/2021 | 6/7/2021 | $1,233.39 | $1,233.39 | $ - | $ 1,382.87 |
| 4/1/2021 | 7/29/2021 | $1,250.00 | $1,233.39 | $ 16.61 | $ 1,399.48 |
| 5/1/2021 | 9/13/2021 | $1,250.00 | $1,233.39 | $ 16.61 | $ 1,416.09 |
| 6/1/2021 | 10/28/2021 | $1,250.00 | $1,233.39 | $ 16.61 | $ 1,432.70 |
| 7/1/2021 | 12/10/2021 | $1,250.00 | $1,233.39 | $ 16.61 | $ 1,449.31 |
| 8/1/2021 | 1/12/2022 | $1,250.00 | $1,233.39 | $ 16.61 | $ 1,465.92 |
| 9/1/2021 | 2/16/2022 | $1,233.39 | $1,233.39 | $ - | $ 1,465.92 |
| 10/1/2021 | 3/29/2022 | $1,233.39 | $1,233.39 | $ - | $ 1,465.92 |
| 11/1/2021 | 5/4/2022 | $1,233.39 | $1,233.39 | $ - | $ 1,465.92 |
| 12/1/2021 | 6/9/2022 | $1,233.39 | $1,233.39 | $ - | $ 1,465.92 |
| 1/1/2022 | 7/13/2022 | $1,212.24 | $1,233.39 | $ (21.15) | $ 1,444.77 |
| 2/1/2022 | 8/15/2022 | $1,212.24 | $1,212.24 | $ - | $ 1,444.77 |
| 3/1/2022 | 9/29/2022 | $1,212.24 | $1,212.24 | $ - | $ 1,444.77 |
| 4/1/2022 | 10/31/2022 | $1,212.24 | $1,212.24 | $ - | $ 1,444.77 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 5/1/2022 | 11/25/2022 | $1,212.24 | $1,212.24 | $ | - | $ | 1,444.77 |
| 6/1/2022 | 12/29/2022 | $1,212.24 | $1,212.24 | $ | - | $ | 1,444.77 |
| 7/1/2022 | 1/31/2023 | $1,212.24 | $1,212.24 | $ | - | $ | 1,444.77 |
| 8/1/2022 | 2/27/2023 | $1,212.24 | $1,212.24 | $ | - | $ | 1,444.77 |
| 9/1/2022 | 3/29/2023 | $1,212.24 | $1,212.24 | $ | - | $ | 1,444.77 |
| 10/1/2022 | 4/12/2023 | $1,212.24 | $1,212.24 | $ | - | $ | 1,444.77 |
| 11/1/2022 | 5/10/2023 | $1,212.24 | $1,212.24 | $ | - | $ | 1,444.77 |
| 12/1/2022 | 6/2/2023 | $1,212.24 | $1,212.24 | $ | - | $ | 1,444.77 |
| 1/1/2023 | 7/3/2023 | $1,212.24 | $1,212.24 | $ | - | $ | 1,444.77 |
| 2/1/2023 | 8/1/2023 | $1,300.00 | $1,297.12 | $ | 2.88 | $ | 1,447.65 |
| 3/1/2023 | 9/5/2023 | $1,297.12 | $1,297.12 | $ | - | $ | 1,447.65 |
| 4/1/2023 | 9/29/2023 | $1,297.12 | $1,297.12 | $ | - | $ | 1,447.65 |
| 5/1/2023 | 11/6/2023 | $1,297.12 | $1,297.12 | $ | - | $ | 1,447.65 |
| 6/1/2023 | 12/6/2023 | $1,297.12 | $1,297.12 | $ | - | $ | 1,447.65 |
| 7/1/2023 | 1/29/2024 | $1,297.12 | $1,297.12 | $ | - | $ | 1,447.65 |
| 8/1/2023 | 3/1/2024 | $1,297.12 | $1,297.12 | $ | - | $ | 1,447.65 |
| 9/1/2023 | 3/7/2024 | $1,297.12 | $1,297.12 | $ | - | $ | 1,447.65 |
| 10/1/2023 | *PCN Credit* | $547.96 | $1,297.12 | $ | (749.16) | $ | 698.49 | *Funds ad |
| 11/1/2023 | 4/9/2024 | $1,298.00 | $1,297.12 | | $0.88 | $ | 699.37 |
| | Adjustment | | | $ | (12.79) | $ | 686.58 |
| 12/1/2023 | | | $1,297.12 | | ($1,297.12) | $ | (610.54) |
| 1/1/2024 | | | $1,297.12 | | ($1,297.12) | $ | (1,907.66) |
| 2/1/2024 | | | $1,298.54 | | ($1,298.54) | $ | (3,206.20) |
| 3/1/2024 | | | $1,298.54 | | ($1,298.54) | $ | (4,504.74) |
| 4/1/2024 | | | $1,298.54 | $ | (1,298.54) | $ | (5,803.28) |
| | | | | $ | - | $ | (5,803.28) |
| | | | | $ | - | $ | (5,803.28) |
| | | | | $ | - | $ | (5,803.28) |
| | | | | $ | - | $ | (5,803.28) |
| | | | | $ | - | $ | (5,803.28) |
| | | | | $ | - | $ | (5,803.28) |
| | | | | $ | - | $ | (5,803.28) |
| | | | | $ | - | $ | (5,803.28) |
| | | | | $ | - | $ | (5,803.28) |
| | | | | $ | - | $ | (5,803.28) |
| | | | | $ | - | $ | (5,803.28) |
| | | | | $ | - | $ | (5,803.28) |
| | | | | $ | - | $ | (5,803.28) |
| | | | | $ | - | $ | (5,803.28) |
| | | | | $ | - | $ | (5,803.28) |
| | | | | $ | - | $ | (5,803.28) |
| | | | | $ | - | $ | (5,803.28) |
| | | | | $ | - | $ | (5,803.28) |

| Loan Number | xxxxxx7707 |
|---|---|
| Debtor | Errigo |
| BK filed date | 1/10/2019 |
| BK Case # | 19-00116 |
| Loan Acquired | 1/09/2024 |
| Post Next Due | **12/1/2023** |
| Suspense | $ 686.58 |

| Due Date | Due Amount | # Months |
|---|---|---|
| 12/1/2023 - 1/1/2024 | $1,297.12 | 2 |
| 2/1/2024 - 4/1/2024 | $1,298.54 | 3 |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | Subtotal | |
| | Less Unapplied | |
| | **Total to bring current** | |

$ -
$ -

| Total Due |
|---|
| $ 2,594.24 |
| $ 3,895.62 |
| $ - |
| $ - |
| $ - |
| $ - |
| $ - |
| $ - |
| $ - |
| $ - |
| $ - |
| $ - |
| $ - |
| $ - |
| $ - |
| $ 6,489.86 |
| $ 686.58 |
| $ 5,803.28 |

**Payment Address:**

Shellpoint Mortgage Servicing
PO Box 650840
Dallas, TX 75265-0840

**Overnight Payment Address:**

Shellpoint Mortgage Servicing
Attn Payment Processing
55 Beattie Place Ste 500MS-501
Greenville, SC 29601

*vanced as a credit to debtor's account 3/11/2024.*

## UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
## (WILKES-BARRE)

| | |
|---|---|
| IN RE:<br><br>Daniel P. Errigo, Jr. aka Daniel Errigo, Jr. aka Daniel P. Errigo aka Daniel Errigo Cynthia M. Paisley-Errigo aka Cynthia Paisley-Errigo aka Cynthia Marie Paisley-Errigo aka Cynthia Errigo<br><br>Debtor(s) | CHAPTER 13<br><br>CASE NO.: 5:19-bk-00116-MJC |

### CERTIFICATE OF SERVICE

I hereby certify that service was made upon all interested parties, indicated below of (i) Response to Notice of Final Cure of NewRez LLC dba Shellpoint Mortgage Servicing as servicer for US Bank Trust National Association, not int its individual capacity, but solely as Owner Trustee for VRMTG Asset Trust in the manner indicated below on April 16, 2024:

Daniel P. Errigo, Jr. aka Daniel Errigo, Jr.
aka Daniel P. Errigo aka Daniel Errigo3927
43 Hermel St
Scott Twp, PA 18447
**Debtor**
**Via Regular Mail**

Cynthia M. Paisley-Errigo aka Cynthia
Paisley-Errigo aka Cynthia Marie Paisley-
Errigo aka Cynthia Errigo
43 Hermel St
Scott Twp, PA 18447
**Debtor**
**Via Regular Mail**

Tullio DeLuca
381 N 9th Avenue
Scranton, PA 18504
**Counsel for Debtor**
**Via ECF**

United States Tustee
US Courthouse
1501 N. 6th St
Harrisburg, PA 17102
**United States Trustee**
**Via ECF**

Jack N Zaharopoulos
Standing Chapter 13 Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036
**Chapter 13 Trustee**
**Via ECF**

By:  /s/ Angela C. Pattison

Angela C. Pattison, Esq.,
Attorney ID 307611
Hill Wallack, LLP
1415 Route 70 East, Suite 309
Cherry Hill, NJ 08034
856-616-8086
(856)616-8081 (FAX)
Email: apattison@hillwallack.com