United States Bankruptcy Court

Middle District of Pennsylvania

In re:  
Daniel P. Errigo, Jr.  
Cynthia M. Paisley-Errigo  
    Debtors

Case No. 19-00116-MJC  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-5      User: AutoDocke      Page 1 of 5  
Date Rcvd: May 24, 2024      Form ID: 3180W      Total Noticed: 67

The following symbols are used throughout this certificate:  
**Symbol**    **Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 26, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Daniel P. Errigo, Jr., Cynthia M. Paisley-Errigo, 43 Hermel St., Scott Twp., PA 18447-7618 |
| aty | + | Peoples Security Bank & Trust c/o James T. Shoemak, 600 Third Avenue, Kingston, PA 18704-5815 |
| cr | + | NewRez LLC dba Shellpoint Mortgage Servicing as se, Hill WAllack LLP, 1415 Route 70 East Suite 309, Cherry Hill, NJ 08034-2210 |
| cr | + | VRMTG Asset Trust, 14841 Dallas Parkway, Suite 350, Dallas, TX 75254-7685 |
| 5149232 | + | American Medical Collectn Ag, 4 Westchester Plaza, Suite 110, Elmsford, NY 10523-1615 |
| 5149236 | | Carl J. Milks, MD, 17 Beach Grove Rd, Honesdale, PA 18431 |
| 5149243 | | Ditech Bankruptcy Department, P.O. Box 6154, Rapid City, SD 57709 |
| 5172496 | | Ditech Financial LLC, P.O. Box 6154, Rapid City SD 57709-6154 |
| 5149245 | | Hourigan, Kluger & Quinn, 600 Third Ave., Kingston, PA 18704-5815 |
| 5149249 | ++ | LAW OFFICE OF TULLIO DELUCA, 381 N 9TH AVENUE, SCRANTON PA 18504-2005 address filed with court:, Law offices of Tullio DeLuca, 381 N. 9th Avenue, Scranton, PA 18504 |
| 5149255 | ++ | PEOPLES SECURITY BANK AND TRUST, 82 FRANKLIN AVE, HALLSTEAD PA 18822-9780 address filed with court:, Peoples Security Bank & Trust, 150 N. Washington Ave, Scranton, PA 18503 |
| 5153526 | + | Peoples Security Bank & Trust Co,, successor in, 150 N Washington Ave, Scranton, PA 18503-1843 |
| 5183477 | + | Scott Township Sewer and Water Authority, c/o Portnoff Law Associates, Ltd., P.O. Box 3020, Norristown, PA 19404-3020 |
| 5149258 | + | Scott Twp. Sewer and Water Authority, 1038 Montdale Road, Scott Township, PA 18447-9773 |
| 5149259 | + | Scranton Cardiovascular Physician Servic, 746 Jefferson Ave., Scranton, PA 18510-1624 |
| 5149260 | | Scranton Emergency Group, 200 Corporate Blvd., Ste. 201, Lafayette, LA 70508-3870 |
| 5149261 | | Sears, P.O. Box 78037, Phoenix, AZ 85062-8037 |
| 5149268 | + | Tanglwood Lakes Community Asosciation, 102 Tanglwood Dr., Greentown, PA 18426-7533 |

TOTAL: 18

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: SLSBKNotices@nationalbankruptcy.com | May 24 2024 18:36:00 | Specialized Loan Servicing LLC, 14841 DALLAS PKWY SUITE 425, Dallas, TX 75254-8067 |
| 5149233 | | Email/Text: paymentprocessing@avanteusa.com | May 24 2024 18:36:00 | AvanteUSA, 3600 S Gessner Rd, Houston, TX 77063 |
| 5149231 | + | Email/Text: mnapoletano@ars-llc.biz | May 24 2024 18:36:00 | Ability Recovery Svcs. LLC, P.O. Box 4031, Wyoming, PA 18644-0031 |
| 5166472 | | Email/PDF: resurgentbknotifications@resurgent.com | May 24 2024 18:41:00 | Ashley Funding Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5149234 | | EDI: BANKAMER | May 24 2024 22:33:00 | Bank of America, P.O. Box 31785, Tampa, FL 33631-3785 |
| 5167791 | + | EDI: BANKAMER2 | May 24 2024 22:33:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 5149235 | + | EDI: CAPITALONE.COM | May 24 2024 22:33:00 | Capital One, PO Box 30285, Salt Lake City, UT 84130-0285 |

| Recipient ID | | Notice Method | Date/Time | Recipient |
|---|---|---|---|---|
| 5169244 | + | Email/Text: RASEBN@raslg.com | May 24 2024 18:36:00 | Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 5174470 | + | EDI: CITICORP | May 24 2024 22:33:00 | Citibank, N.A., Citibank, N.A., 701 East 60th Street North, Sioux Falls, SD 57104-0432 |
| 5149238 | | EDI: WFNNB.COM | May 24 2024 22:33:00 | Comenity Bank/Boscov's, Bankruptcy Department, P.O. Box 183043, Columbus, OH 43218-3043 |
| 5149239 | + | EDI: CCS.COM | May 24 2024 22:33:00 | Credit Collection Service, P.O. Box 447, Norwood, MA 02062-0447 |
| 5149240 | + | Email/Text: bdsupport@creditmanagementcompany.com | May 24 2024 18:36:00 | Credit Management Co., 2121 Noblestown Rd., Pittsburgh, PA 15205-3956 |
| 5149244 | + | EDI: CITICORP | May 24 2024 22:33:00 | Home Depot Credit Services, PO Box 790328, St Louis, MO 63179-0328 |
| 5149237 | | EDI: JPMORGANCHASE | May 24 2024 22:33:00 | Chase, PO Box 15298, Wilmington DE 19850 |
| 5149246 | | Email/Text: Deborah@keystonecredit.net | May 24 2024 18:36:00 | Keystone Credit Services, LLC, 664 Furnace Hills Pike, Lititz, PA 17543 |
| 5149247 | | Email/Text: govtaudits@labcorp.com | May 24 2024 18:36:00 | Labcorp, PO Box 2240, Burlington, NC 27216-2240 |
| 5149248 | | Email/Text: govtaudits@labcorp.com | May 24 2024 18:36:00 | Laboratory Corp. of America, P.O. Box 2240, Burlington, NC 27215 |
| 5149249 | | Email/Text: tullio.deluca@verizon.net | May 24 2024 18:36:00 | Law offices of Tullio DeLuca, 381 N. 9th Avenue, Scranton, PA 18504 |
| 5272254 | | Email/PDF: resurgentbknotifications@resurgent.com | May 24 2024 18:40:59 | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587, LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 5272253 | | Email/PDF: resurgentbknotifications@resurgent.com | May 24 2024 18:40:56 | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 5592452 | | Email/Text: BankruptcyECFMail@mccalla.com | May 24 2024 18:36:00 | NewRez LLC d/b/a Shellpoint Mortgage Servicing, c/o MCCALLA RAYMER LEIBERT PIERCE, LLC, Bankruptcy Department, 1544 Old Alabama Rd, Roswell, GA 30076 |
| 5149250 | + | Email/Text: bankruptcydpt@mcmcg.com | May 24 2024 18:36:00 | Midland Funding, LLC, 2365 Northside Drive, Ste. 300, San Diego, CA 92108-2710 |
| 5149251 | + | Email/Text: Bankruptcies@nragroup.com | May 24 2024 18:36:00 | National Recovery Agency, 2491 Paxton Street, Harrisburg, PA 17111-1036 |
| 5299099 | | Email/Text: mtgbk@shellpointmtg.com | May 24 2024 18:36:00 | New Residential Mortgage LLC, P.O. Box 10826, Greenville, SC 29603-0826, New Residential Mortgage LLC, P.O. Box 10826, Greenville, SC 29603-0826 |
| 5299098 | | Email/Text: mtgbk@shellpointmtg.com | May 24 2024 18:36:00 | New Residential Mortgage LLC, P.O. Box 10826, Greenville, SC 29603-0826 |
| 5170134 | + | Email/Text: bkrgeneric@penfed.org | May 24 2024 18:36:00 | PENFED, Pentagon Federal Credit Union, Bankruptcy Department, P.O. Box 1432, Alexandria, VA 22313-1432 |
| 5149254 | | Email/Text: bankruptcies@penncredit.com | May 24 2024 18:36:00 | Penn Credit Corp., 916 South 14th Street, P.O. Box 988, Harrisburg, PA 17108-0988 |
| 5149256 | | Email/Text: info@phoenixfinancialsvcs.com | May 24 2024 18:36:00 | Phoenix Financial Services, LLC, 8902 Otis Ave., Ste 103A, Indianapolis, IN 46216-1077 |
| 5171701 | | EDI: PRA.COM | May 24 2024 22:33:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 5149257 | ^ | MEBN | May 24 2024 18:33:09 | PPL Electric Utilities, 827 Hausman Rd., Allentown, PA 18104-9392 |
| 5149794 | + | EDI: PRA.COM | | |

| Recip ID | | Notice Type | Date/Time | Recipient |
| --- | --- | --- | --- | --- |
| | | | May 24 2024 22:33:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5149252 | + | EDI: SYNC | May 24 2024 22:33:00 | Pay Pal Credit, P.O. Box 5138, Timonium, MD 21094-5138 |
| 5149253 | | Email/Text: bkrgeneric@penfed.org | May 24 2024 18:36:00 | PenFed Credit Union, P.O. Box 456, Alexandria, VA 22313-0456 |
| 5156986 | | Email/PDF: resurgentbknotifications@resurgent.com | May 24 2024 18:40:56 | Pinnacle Credit Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5363442 | | EDI: Q3G.COM | May 24 2024 22:33:00 | Quantum3 Group LLC as agent for, Sadino Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 5363443 | + | EDI: Q3G.COM | May 24 2024 22:33:00 | Quantum3 Group LLC as agent for, Sadino Funding LLC, PO Box 788, Kirkland, WA 98083-0788, Quantum3 Group LLC as agent for, Sadino Funding LLC 98083-0788 |
| 5172007 | | EDI: Q3G.COM | May 24 2024 22:33:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 5174914 | + | Email/Text: bncmail@w-legal.com | May 24 2024 18:36:00 | SYNCHRONY BANK, c/o Weinstein & Riley, PS, 2001 Western Ave., Ste 400, Seattle, WA 98121-3132 |
| 5149263 | + | EDI: CITICORP | May 24 2024 22:33:00 | Sears Credit Cards, P.O. Box 6282, Sioux Falls, SD 57117-6282 |
| 5149262 | | EDI: CITICORP | May 24 2024 22:33:00 | Sears Credit Cards, P.O. Box 6283, Sioux Falls, SD 57117-6283 |
| 5579908 | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | May 24 2024 18:36:00 | Specialized Loan Servicing LLC, 6200 S. Quebec Street, Suite 300, Greenwood Village, Colorado 80111, Specialized Loan Servicing LLC, 6200 S. Quebec Street, Suite 300, Greenwood Village, Colorado 80111-4720 |
| 5273767 | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | May 24 2024 18:36:00 | Specialized Loan Servicing LLC, 6200 S. Quebec Street, Greenwood Village, CO 80111-4720 |
| 5579907 | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | May 24 2024 18:36:00 | Specialized Loan Servicing LLC, 6200 S. Quebec Street, Suite 300, Greenwood Village, Colorado 80111-4720 |
| 5174322 | + | EDI: AIS.COM | May 24 2024 22:33:00 | Synchrony Bank by AIS InfoSource, LP as agent, 4515 N. Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 5149264 | | EDI: SYNC | May 24 2024 22:33:00 | Synchrony Bank/JC Penney, Attn: Bankruptcy Dept., PO Box 965060, Orlando, FL 32896-5060 |
| 5149265 | | EDI: SYNC | May 24 2024 22:33:00 | Synchrony Bank/Lowes, Attn: Bankruptcy Dept., P.O. Box 965060, Orlando, FL 32896-5060 |
| 5149266 | | EDI: SYNC | May 24 2024 22:33:00 | Synchrony Bank/MC, Attn: Bankruptcy Dept., P.O. Box 965060, Orlando, FL 32896-5060 |
| 5149267 | | EDI: SYNC | May 24 2024 22:33:00 | Synchrony Bank/Toys R Us, Attn: Bankruptcy Dept., P.O. Box 965060, Orlando, FL 32896-5060 |
| 5595560 | + | Email/Text: mtgbk@shellpointmtg.com | May 24 2024 18:36:00 | US Bank Trust National Association, c/o Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, SC 29603-0675, US Bank Trust National Association, c/o Shellpoint Mortgage Servicing 29603-0826 |
| 5595559 | + | Email/Text: mtgbk@shellpointmtg.com | May 24 2024 18:36:00 | US Bank Trust National Association, c/o Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, SC 29603-0826 |

TOTAL: 50

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING |
| cr | | New Residential Mortgage LLC |
| cr | *+ | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| cr | *P++ | MCCALLA RAYMER LEIBERT PIERCE LLC, ATTN ATTN WENDY REISS, 1544 OLD ALABAMA ROAD, ROSWELL GA 30076-2102, address filed with court:, NewRez LLC d/b/a Shellpoint Mortgage Servicing, c/o MCCALLA RAYMER LEIBERT PIERCE, LLC, Bankruptcy Department, 1544 Old Alabama Rd, Roswell, GA 30076 |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | * | Quantum3 Group LLC as agent for, Sadino Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| cr | *+ | Scott Township Sewer and Water Authority, c/o Portnoff Law Associates, Ltd., P.O. Box 3020, Norristown, PA 19404-3020 |
| cr | *+ | Specialized Loan Servicing LLC, 6200 S. Quebec Street, Greenwood Village, CO 80111-4720 |
| cr | *+ | Specialized Loan Servicing LLC, 6200 S. Quebec Street, Greenwood Village, CO 80111-4720 |
| cr | *+ | Specialized Loan Servicing LLC, 14841 Dallas Pkwy Suite 425, Dallas, TX 75254-8067 |
| cr | *+ | Synchrony Bank by AIS InfoSource, LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| cr | *+ | Synchrony Bank by AIS InfoSource, LP as agent., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 5149241 | *+ | Cynthia M. Paisley-Errigo, 43 Hermel St., Scott Twp., PA 18447-7618 |
| 5149242 | *+ | Daniel P. Errigo, Jr., 43 Hermel St., Scott Twp., PA 18447-7618 |
| 5174575 | * | Ditech Financial LLC, P.O. Box 6154, Rapid City, SD 57709-6154 |
| 5363446 | * | Quantum3 Group LLC as agent for, Sadino Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 5363447 | *+ | Quantum3 Group LLC as agent for, Sadino Funding LLC, PO Box 788, Kirkland, WA 98083-0788, Quantum3 Group LLC as agent for, Sadino Funding LLC 98083-0788 |
| 5273768 | *+ | Specialized Loan Servicing LLC, 6200 S. Quebec Street, Greenwood Village, CO 80111-4720 |

TOTAL: 2 Undeliverable, 16 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 26, 2024  Signature:  /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 24, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Angela C. Pattison | on behalf of Creditor NewRez LLC dba Shellpoint Mortgage Servicing as servicer for U.S. Bank Trust National Association Not In Its Individual Capacity But Solely As Owner Trustee For VRMTG Asset Trust c/o Hill Wallack LLP apattison@hillwallack.com |
| Angela C. Pattison | on behalf of Creditor US Bank Trust National Association Not In Its Individual Capacity But Solely As Owner Trustee For VRMTG Asset Trust apattison@hillwallack.com |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| James Warmbrodt | on behalf of Creditor Ditech Financial LLC bkgroup@kmllawgroup.com |
| James Randolph Wood | on behalf of Creditor Scott Township Sewer and Water Authority jwood@portnoffonline.com jwood@ecf.inforuptcy.com |

| | |
|---|---|
| James T. Shoemaker | on behalf of Attorney Peoples Security Bank & Trust c/o James T. Shoemaker Esquire jshoemaker@hkqpc.com |
| Mario John Hanyon | on behalf of Creditor Ditech Financial LLC pamb@fedphe.com, mario.hanyon@brockandscott.com |
| Michael Patrick Farrington | on behalf of Creditor Ditech Financial LLC mfarrington@kmllawgroup.com |
| Michelle McGowan | on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing mimcgowan@raslg.com |
| Thomas Song | on behalf of Creditor Ditech Financial LLC tomysong0@gmail.com |
| Tullio DeLuca | on behalf of Debtor 2 Cynthia M. Paisley-Errigo tullio.deluca@verizon.net |
| Tullio DeLuca | on behalf of Debtor 1 Daniel P. Errigo Jr. tullio.deluca@verizon.net |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 13

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Daniel P. Errigo Jr.<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–8085<br>EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | Cynthia M. Paisley–Errigo<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–1615<br>EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | Middle District of Pennsylvania | |
| Case number: | 5:19–bk–00116–MJC | |

# Order of Discharge                                                        12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Daniel P. Errigo Jr.
aka Daniel Errigo Jr., aka Daniel P. Errigo, aka Daniel Errigo

Cynthia M. Paisley–Errigo
aka Cynthia Paisley–Errigo, aka Cynthia Marie Paisley–Errigo, aka Cynthia Errigo

**By the court:**

5/24/24

Mark J. Conway, United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Form 3180W                    **Chapter 13 Discharge**                    page 2