# TULLIO DeLUCA
ATTORNEY-AT-LAW
381 N. 9TH AVENUE
SCRANTON, PENNSYLVANIA 18504
PHONE (570) 347-7764  FAX (570) 347-7763
EMAIL: TULLIO.DELUCA@VERIZON.NET

June 11, 2024

Clerk's Office
U.S. Bankruptcy Court
Middle District of Pennsylvania
Max Rosenn U.S. Courthouse
197 South Main Street
Wilkes-Barre, PA. 18701

       In Re: Daniel P. Errigo, Jr. And Cynthia M. Paisley-Errigo
       Chapter 13 Bankruptcy
       Case No. 5:19-bk-00116

Dear Sir/Madam:

I have received returned mail for **American Medical Collection Agency,** a creditor in the above captioned bankruptcy. The incorrect address the mail was sent to was: 4 Westchester Plaza, Suite 110, Elmsford, NY 10523-1615. The correct information is as follows:

       American Medical Collection Agency
       PO Box 37019
       Baltimore, NY 21297-3019

I served the Order of Discharge at the above address on May 24th, 2024. Please correct the mailing matrix.

Thank you for assistance in this matter.

       Very truly yours,

       /s/ Tullio DeLuca, Esquire

TD/as