# TULLIO DeLUCA
ATTORNEY-AT-LAW
381 N. 9TH AVENUE
SCRANTON, PENNSYLVANIA 18504
PHONE (570) 347-7764  FAX (570) 347-7763
EMAIL: TULLIO.DELUCA@VERIZON.NET

June 12, 2024

Clerk's Office
U.S. Bankruptcy Court
Middle District of Pennsylvania
Max Rosenn U.S. Courthouse
197 South Main Street
Wilkes-Barre, PA. 18701

      In Re: Daniel P. Errigo, Jr. And Cynthia M. Paisley-Errigo
      Chapter 13 Bankruptcy
      Case No. 5:19-bk-00116

Dear Sir/Madam:

    I have received returned mail for **Ditech Bankruptcy Department,** a creditor in the above captioned bankruptcy. The incorrect address the mail was sent to was: PO Box 6154 Rapid City, SD 57709. The correct information is as follows:

      Ditech Bankruptcy Department
      PO Box 1607
      Blue Bell, PA 19422

I served the Order of Discharge at the above address on May 24th, 2024. Please correct the mailing matrix.

Thank you for assistance in this matter.

      Very truly yours,

      /s/ Tullio DeLuca, Esquire

TD/as