United States Bankruptcy Court

Middle District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-00116-MJC |
| Daniel P. Errigo, Jr. | Chapter 13 |
| Cynthia M. Paisley-Errigo | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0314-5 | User: AutoDocke | Page 1 of 2 |
| Date Rcvd: Jun 18, 2024 | Form ID: fnldec | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 20, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | + Daniel P. Errigo, Jr., Cynthia M. Paisley-Errigo, 43 Hermel St., Scott Twp., PA 18447-7618 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 20, 2024      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 18, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Angela C. Pattison | on behalf of Creditor NewRez LLC dba Shellpoint Mortgage Servicing as servicer for U.S. Bank Trust National Association Not In Its Individual Capacity But Solely As Owner Trustee For VRMTG Asset Trust c/o Hill Wallack LLP apattison@hillwallack.com |
| Angela C. Pattison | on behalf of Creditor US Bank Trust National Association Not In Its Individual Capacity But Solely As Owner Trustee For VRMTG Asset Trust apattison@hillwallack.com |
| Denise E. Carlon | on behalf of Creditor Ditech Financial LLC bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| James Warmbrodt | on behalf of Creditor Ditech Financial LLC bkgroup@kmllawgroup.com |

| | |
|---|---|
| James Randolph Wood | on behalf of Creditor Scott Township Sewer and Water Authority jwood@portnoffonline.com jwood@ecf.inforuptcy.com |
| James T. Shoemaker | on behalf of Attorney Peoples Security Bank & Trust c/o James T. Shoemaker Esquire jshoemaker@hkqpc.com |
| Mario John Hanyon | on behalf of Creditor Ditech Financial LLC pamb@fedphe.com, mario.hanyon@brockandscott.com |
| Michelle McGowan | on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing mimcgowan@raslg.com |
| Thomas Song | on behalf of Creditor Ditech Financial LLC tomysong0@gmail.com |
| Tullio DeLuca | on behalf of Debtor 2 Cynthia M. Paisley-Errigo tullio.deluca@verizon.net |
| Tullio DeLuca | on behalf of Debtor 1 Daniel P. Errigo Jr. tullio.deluca@verizon.net |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 13

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | |
|---|---|
| Daniel P. Errigo Jr.,<br>aka Daniel Errigo Jr., aka Daniel P. Errigo, aka Daniel Errigo, | Chapter 13 |
| **Debtor 1** | Case No. 5:19−bk−00116−MJC |
| Cynthia M. Paisley−Errigo,<br>aka Cynthia Paisley−Errigo, aka Cynthia Marie Paisley−Errigo, aka Cynthia Errigo, | |
| **Debtor 2** | |

Social Security No.:
          xxx−xx−8085        xxx−xx−1615

Employer's Tax I.D. No.:

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered and the deposit required by the plan has been distributed.

## IT IS ORDERED THAT:

**Jack N Zaharopoulos**

is discharged as trustee of the estate of the above named debtor(s); and the chapter 13 case of the above named debtor(s) is closed.

By the Court,

*[signature]*

Mark J. Conway, United States Bankruptcy Judge

Dated: June 18, 2024

**fnldec** (01/22)