**TULLIO DeLUCA**
ATTORNEY-AT-LAW
381 N. 9ᵀᴴ AVENUE
SCRANTON, PENNSYLVANIA 18504
PHONE (570) 347-7764  FAX (570) 347-7763
EMAIL: TULLIO.DELUCA@VERIZON.NET

June 28, 2024

Clerk's Office
U.S. Bankruptcy Court
Middle District of Pennsylvania
Max Rosenn U.S. Courthouse
197 South Main Street
Wilkes-Barre, PA. 18701

        In Re: Daniel P. Errigo, Jr. And Cynthia M. Paisley-Errigo
        Chapter 13 Bankruptcy
        Case No. 5:19-bk-00116

Dear Sir/Madam:

I have received returned mail for **Ditech Financial LLC,** a creditor in the above captioned bankruptcy. The incorrect address the mail was sent to was: 345 Saint Peter Street, Suite 600, Saint Paul, MN 55102-4404. The correct information is as follows:

        Ditech Financial LLC
        3000 Bayport Drive, Ste 880
        Tampa, FL 33607-8409

I served the Order of Discharge at the above address on May 24ᵗʰ, 2024. Please correct the mailing matrix.

Thank you for assistance in this matter.

        Very truly yours,

        /s/ Tullio DeLuca, Esquire

TD/as

Case 5:19-bk-00116-MJC   Doc 105   Filed 07/01/24   Entered 07/01/24 13:45:48   Desc
Main Document    Page 1 of 2